IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 08-4055-01-CR-C-SOW |
| JOSE ALAFFA, | ) ) ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation (Doc. # 11) of United States Magistrate Judge William A. Knox regarding defendant Jose Alaffa's entry of a plea of guilty. On January 28, 2009, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Counts 1 and 2 of the indictment filed on December 18, 2008. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and the consequences of pleading guilty, was voluntary, and that the offenses to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offenses.

Accordingly, after a de novo review and pursuant to the Report and Recommendation of the United States Magistrate Judge, it is hereby

ORDERED that defendant Jose Alaffa's plea of guilty shall be accepted. Defendant Alaffa shall be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Alaffa as soon as possible.

                                                   /s/Scott O. Wright
                                                   SCOTT O. WRIGHT
                                                   Senior United States District Judge

Dated: January 29, 2009